PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| SHELLY MONIQUE MIKESELL, | ) | Case No. 2:16-cv-01850-CMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | AN EXTENSION OF TIME |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS STIPULATED, by and between the parties, through their respective

counsel of record, that the time for Defendant to respond to Plaintiff's Motion for

Summary Judgment be extended until November 6, 2017. This is Defendant's first

request for an extension of time to respond. Defense counsel requires additional

time to fully review the administrative record and consider the government's

position. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: October 4, 2017          By:      /s/ Robert C. Weems*
                                        ROBERT C. WEEMS
                                        Attorney for Plaintiff
                                        (*By e-mail authorization on 10/04/17)


Dated: October 4, 2017                  PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                By:      /s/ Donna W. Anderson
                                        DONNA W. ANDERSON
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant



                                ORDER

APPROVED AND SO ORDERED:


Dated:  October 10, 2017

                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE

2