PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHELLY MONIQUE MIKESELL, ) | Case No. 2:16-cv-01850-CMK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until December 13, 2017. This is Defendant's second request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the

government's position due to recent relocation and subsequent injury.  Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  November 6, 2017    By:    */s/ Robert C. Weems\**
                                                    ROBERT C. WEEMS
                                                    Attorney for Plaintiff
                                                    (*By e-mail authorization on 11/06/17)

Dated: November 6, 2017    PHILLIP A. TALBERT
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Regional Chief Counsel, Region IX
                                                  Social Security Administration

                                         By:    */s/ Donna W. Anderson*
                                                  DONNA W. ANDERSON
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  November 8, 2017

                                                  CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE